UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

JOSEPH-RICHARDS, BEVERLY

Debtor.

Chapter 7

Case No. 112-40367 ESS

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 1 | NYC Water Board, Dep't of Environmental Protection 59-17 Junction Blvd., Bankruptcy Unit 13th Floor Flushing, NY 11373-5108 | $546.00 | $91.89 |
| 2 | New York City Department of Finance Bankruptcy Section, 345 Adams Street Brooklyn, NY 11201 | $678.79 | $114.23 |

**TOTAL UNCLAIMED DIVIDENDS:**                                             $     206.12

Dated: January 29, 2013

/s/ Alan Nisselson
Alan Nisselson, Trustee
Trustee
156 West 56th St.
New York, NY 10019
(212) 237-1000